CO-386-online
10/03

# United States District Court
# For the District of Columbia

AMERICAN CIVIL LIBERTIES  )
UNION ET AL.              )
                          )
                          )
          Plaintiff       )    Civil Action No. __16-cv-1256_____
    vs                    )
CENTRAL INTELLIGENCE AGENCY )
ET AL.                    )
                          )
          Defendant       )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __American Civil Liberties Union et al.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Civil Liberties Union et al.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

235960                                           /s/ Arthur B. Spitzer // Arthur B. Spitzer
_____               _____
BAR IDENTIFICATION NO.                           Print Name

                                                 4301 Pennsylvania Ave., NW, Suite 434
                                                 _____
                                                 Address

                                                 Washington, DC 20008
                                                 _____
                                                 City          State          Zip Code

                                                 202-457-0800
                                                 _____
                                                 Phone Number