# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 12-cv-1256 |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRETT MAX KAUFMAN AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Brett Max Kaufman, an attorney with the American Civil Liberties Union Foundation, 125 Broad Street, 18th Floor, New York, NY 10004, and a member of the bar of the State of New York, as additional counsel for Plaintiffs in this case. Mr. Kaufman's declaration is filed herewith.

Date: June 28, 2016

Respectfully submitted,

 */s/ Arthur Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Pennsylvania Avenue, NW, Suite 434
Washington, D.C. 20008
T: 202.457.0800
F: 202.457.0805
artspitzer@aclu-nca.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 16-cv-1256 |
| CENTRAL INTELLIGENCE AGENCY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF BRETT MAX KAUFMAN

Pursuant to Local Rule 83.2(d), I, Brett Max Kaufman, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Brett Max Kaufman.

2. I am an attorney with the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 18th floor, New York, NY 10004. My office telephone number is (212) 549-2500.

3. I am admitted to practice law by the following bars and courts:

    a. New York State Bar (May 2010); U.S. District Court for the Southern District of New York (October 2012); U.S. Court of Appeals for the Second Circuit (April 2013); U.S. Court of Appeals for the Federal Circuit (June 2015).

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have previously been admitted to practice in this Court *pro hac vice* in June 2014.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on June 28, 2016

                                                 Respectfully submitted,

                                                  */s/ Brett Max Kaufman*
                                                 Brett Max Kaufman
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bkaufman@aclu.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, et al.,

       Plaintiffs,

    v.

CENTRAL INTELLIGENCE AGENCY, et al.,

       Defendants.

No. 1:16-CV-1256-EGS

**[Proposed] ORDER**

Upon consideration of the motion to admit Brett Max Kaufman to appear in this Action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date: _____

_____
Emmet G. Sullivan
United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2016, I did serve the above Motion for Admission *Pro Hac Vice* and supporting materials by certified mail pursuant to Fed. R. Civ. P. 5(b)(2)(C) to the following parties:

**Central Intelligence Agency**
Litigation Division
Office of General Counsel
Central Intelligence Agency
Washington, DC 20505

**Department of Homeland Security**
Office of the General Counsel
Washington, DC 20528

**Department of Defense**
1400 Defense Pentagon
Washington, DC 20301-1400

**Department of Energy**
1000 Independence Ave., SW
Washington, DC 20585

**Department of Justice**
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**Department of State**
2201 C St., NW
Washington, DC 20520

**Department of the Treasury**
General Counsel
Room 3000, Main Treasury Building
1500 Pennsylvania Ave., NW
Washington, DC 20220

**Office of the Director of National Intelligence**
Office of General Counsel
Washington, DC 20511

**U.S. Attorney's Office**
Civil Process Clerk
555 4th St., NW
Washington, DC 20530

**U.S. Attorney General**
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

/s/ *Benjamin Robert Good*
Benjamin Robert Good
American Civil Liberties Union
    Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2500
Fax: (212) 549-2654
bgood@aclu.org