# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 1:16-cv-01256 (EGS) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER

For the reasons set forth in Defendants' Consent Motion for an Extension of Time to File a Responsive Pleading, Defendants are hereby granted an extension of time, until September 7, 2016, to file a responsive pleading.

Date:_____         _____
                                            District Court Judge