UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) CA. 16-1256 (EGS) ) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**STANDING FOIA ORDER**

The above captioned case has been assigned to Judge Emmet G. Sullivan for resolution.

Plaintiff brings this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The parties are directed to meet and confer and propose a joint scheduling order for further proceedings in this case by no later than **October 7, 2016.** The parties' joint proposed scheduling order shall address the following:

(1) The status of Plaintiff's FOIA request;

(2) The anticipated number of documents responsive to Plaintiff's FOIA request;

(3) The anticipated date(s) for release of documents responsive to Plaintiff's FOIA request;

(4) Whether a motion for an *Open America* stay is likely in this case;

(5) Whether a *Vaughn* index will be required in this case;

(6)   Whether this case would benefit from referral to a magistrate judge or the District Court Mediation Program for purposes of settlement; and

(7)   A proposed briefing schedule for dispositive motions, if applicable.

If the parties are unable to agree on a joint recommendation, the joint proposed scheduling order shall include each parties' individual recommendations.

Extensions or enlargements of time will only be granted upon motion, and not upon stipulation by the parties.  Motions for a continuance or other scheduling changes must be filed no later than three business days prior to the scheduled hearing or deadline and must include alternative dates that have been agreed to by all parties.  Requests that do not include an alternative date acceptable to all parties will be denied.

Parties are to communicate with the Court by motion, opposition, and reply; not by letter or telephone.

Date:   **September 30, 2016**         EMMET G. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE