IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:16-cv-01256 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE
A PROPOSED SCHEDULING ORDER**

On September 30, 2016, the Court entered its Standing Order for Freedom of Information Act (FOIA) cases and directed the parties to file a proposed schedule for future proceedings by Friday, October 7, 2016. The parties now respectfully request a four week extension of time, until Friday, November 4, 2016, to file their proposed schedule.

The parties have good cause for their motion. Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation submitted identical FOIA requests to eighteen different Government entities for six different categories of information related to the prepublication review process. In this action, Plaintiffs are suing those eighteen entities for failing to respond to Plaintiffs' FOIA requests. Since the Complaint was filed, Plaintiffs' counsel and Defense counsel have conferred frequently about the scope of Plaintiffs' FOIA requests, and Plaintiffs have agreed to limit the scope of their requests in a number of different respects. In addition, several Defendants have begun

producing responsive records, and counsel for the respective parties have discussed the productions and attempted to resolve issues related to those productions.  The parties to this action are committed to resolving as many issues as possible without the need for Court intervention and request this four-week extension so that they can continue to negotiate over the scope of Plaintiffs' FOIA requests and discuss issues related to the production of documents.

The parties anticipate that, after four more weeks of negotiations regarding the scope of Plaintiffs' FOIA requests and discussions regarding the production of responsive records, they will be better situated to propose a schedule for future proceedings in this matter.  A proposed order has been submitted with this motion.

Dated: October 4, 2016                    Respectfully submitted,

| | |
|---|---|
| /s/ Brett Max Kaufman<br>Brett Max Kaufman<br>American Civil Liberties Union<br>125 Broad Street—18th Floor<br>New York, NY 10004<br>T: 212.549.2500<br>F: 212.549.2654<br>bkaufman@aclu.org<br><br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union<br>of the Nation's Capital<br>4301 Pennsylvania Avenue, NW,<br>Suite 434<br>Washington, D.C. 20008<br>T: 202.457.0800<br>F: 202.457.0805<br>artspitzer@aclu-nca.org<br><br>*Counsel for Plaintiffs* | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ Ryan B. Parker<br>RYAN B. PARKER<br>(Utah Bar # 11724)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Tel: (202) 514-4336<br>Fax: (202) 616-8202<br>ryan.parker@usdoj.gov<br><br>*Counsel for Defendants* |