# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>    Defendants. | Civil Action No. 1:16-cv-01256 (EGS) |

## [PROPOSED] ORDER

For the reasons set forth in the Joint Motion for an Extension of Time to File a Proposed Scheduling Order, the parties are hereby granted an extension of time, until November 4, 2016, to file their Proposed Scheduling Order.

Date:_____          _____
                           District Court Judge