# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY et al.,<br><br>Defendants. | Civil Action No. 1:16-cv-1256 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ALEX ABDO AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of Alex Abdo, an attorney with the Knight First Amendment Institute at Columbia University, 535 West 116th Street, 314 Low Library, New York, NY 10027, and a member of the bar of the State of New York, as additional counsel for Plaintiffs in this case. Mr. Abdo's declaration is filed herewith.

Respectfully submitted,

 /s/ Brett Max Kaufman
Brett Max Kaufman (D.C. Bar No. NY0224)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
bkaufman@aclu.org

*Counsel for the plaintiffs*

February 23, 2017

1