# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

        Plaintiffs,

    v.

CENTRAL INTELLIGENCE AGENCY et al.

      Defendants.

Civil Action No. 1:16-CV-1256

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of the undersigned as additional counsel for the plaintiffs.

         /s/ Jameel Jaffer
Jameel Jaffer (D.C. Bar MI0067)
Director
Knight First Amendment Institute
  at Columbia University
314 Low Library
535 West 116th Street
New York, NY 10027
Phone: (212) 854-9600
Fax: (212) 854-7997
jameel.jaffer@knightcolumbia.org

*Counsel for the plaintiffs*

February 23, 2017