**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY et al.,<br><br>Defendants. | Civil Action No. 1:16-cv-01256 (EGS) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby stipulate to the dismissal with prejudice of their claims against the following Defendant agencies and agency components, while reserving their right to seek any attorneys' fees to which they are entitled from those Defendant agencies and/or agency components:

1. Coast Guard
2. Department of Defense
3. Department of Energy
4. Department of Justice
5. Drug Enforcement Administration
6. National Geospatial-Intelligence Agency
7. Marines

The remaining Defendant agencies and agency components are:

1. Air Force
2. Central Intelligence Agency
3. Defense Intelligence Agency

1

4. Department of Homeland Security

5. Department of State

6. Department of the Treasury

7. Federal Bureau of Investigation

8. National Reconnaissance Office

9. National Security Agency

10. Navy

11. Office of the Director of National Intelligence

Respectfully submitted,

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General,<br>Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br> /s/ Ryan B. Parker<br>RYAN B. PARKER<br>(Utah Bar # 11724)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>Tel: (202) 514-4336<br>Fax: (202) 616-8202<br>ryan.parker@usdoj.gov<br><br>*Counsel for Defendants* | /s/ Alex Abdo<br>Alex Abdo (pro hac vice)<br>Senior Staff Attorney<br>Knight First Amendment Institute<br>  at Columbia University<br>314 Low Library<br>535 West 116th Street<br>New York, NY 10027<br>(212) 854-9600<br>alex.abdo@knightcolumbia.org<br><br>Brett Max Kaufman<br>American Civil Liberties Union<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>bkaufman@aclu.org<br><br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>American Civil Liberties Union<br>  of the Nation's Capital<br>4301 Pennsylvania Avenue, NW, Suite 434<br>Washington, DC 20008<br>(202) 457-0800<br>artspitzer@aclu-nca.org<br><br>*Counsel for Plaintiffs* |

August 24, 2017