**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> Defendants. | Civil Action No. 1:16-cv-01256 (EGS) |

**[PROPOSED ORDER]**

For the reasons set forth in their motion, the Court, hereby, GRANTS Defendants' Consent Motion for an Extension of Time to File the Parties' Joint Proposed Briefing Schedule.

The parties shall file their Joint Proposed Briefing Schedule by December 22, 2017.

Date:_____          _____

                                                                                         District Court Judge