# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>Defendants. | Case No. 1:16-cv-01256 (EGS) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

With the consent of Plaintiffs, American Civil Liberties Union and American Civil Liberties Union Foundation (collectively, "ACLU"), Defendants, eighteen (18) different Federal Government entities, respectfully request a ten (10) day extension of time, *i.e.*, from November 30, 2018, until December 10, 2018, to file the parties' Joint Status Report in this Freedom of Information Act ("FOIA") case that involves requests for six different categories of information related to the prepublication review process. ECF No. 1. In support of this motion, Defendants state the following:

1.  In this action, the ACLU has sued eighteen Federal Government entities for failing to respond to its FOIA requests. *Id.*[1] The parties submitted Joint Proposed Scheduling Orders updating the Court on the status of the FOIA requests at issue on November 14, 2016; April 7, 2017; June 23, 2017; August 25, 2017; October 20, 2017;

---

[1] Seven of those entities have been dismissed from this action by stipulation. *See* ECF No. 28.

December 22, 2017; March 9, 2018; March 18, 2018; August 10, 2018; and most recently on September 21, 2018.  ECF Nos. 23, 26, 27, 29, 30, 32, 36, 37, 39, and 40.  After receiving the parties' September 21, 2018 Joint Proposed Scheduling Order, the Court entered a Minute Order directing the parties to file a new Joint Proposed Scheduling Order by November 30, 2018.

    2.    As set forth in their September 21, 2018 Joint Proposed Order, the parties have made significant progress in narrowing the issues in dispute and are committed to working toward a resolution of this matter without the need for further involvement from the Court.  Since the parties' September 2018 Joint Status Report, the parties, through their counsel, have conferred to determine whether any remaining issues may be resolved outside of litigation and continue to do so.

    3.    It is for this reason that Defendants' request an extension of time to submit the parties' Joint Status Report.  Good cause exists for this request, including undersigned counsel's work responsibilities in other matters for which there have been court deadlines over the last two weeks, including an opening summary judgment motion and a motion to dismiss, and four additional deadlines, including two motions to dismiss, one opposition to a preliminary injunction motion, and one opening summary judgment motion in the next two weeks.  Given the press of business, she needs additional time to consult with agency counsel and in turn with Plaintiffs' counsel.

    4.    In accordance with the Court's Local Rule, Defendants' counsel conferred with Plaintiffs' counsel, who consented to Defendants' request for an extension of time.

5. Accordingly, Defendants respectfully request that the Court grant the parties a ten-day extension of time, that is, from November 30, 2018, through and including December 10, 2018, to file the parties' Joint Status Report.

A proposed order accompanies this motion.

Dated: November 30, 2018         Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Tamra T. Moore
TAMRA T. MOORE
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-8628
Email: Tamra.Moore@usdoj.gov