# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.* ) ) ) Plaintiffs, ) ) v. ) ) CENTRAL INTELLIGENCE AGENCY, *et al.* ) ) ) Defendants. ) | Civil Action No. 16-1256 (EGS) |

## **[PROPOSED] ORDER**

In consideration of Defendants' Consent Motion for Extension of Time, it is HEREBY ORDERED that Defendants' Motion is GRANTED.

It is FURTHER ORDERED that the parties shall file a Joint Scheduling Order on or before December 10, 2018.

Dated: _____, 2018

_____
UNITED STATES DISTRICT JUDGE