**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>   Defendants. | Case No. 1:16-cv-01256 (EGS) |

## NOTICE TO THE COURT OF RESTORATION OF APPROPRIATIONS

On January 25, 2019, this Court granted the parties' joint motion for extension of time, which requested the extension of the deadline for the filing of the parties' Joint Status Report from January 25, 2019, through and including February 11, 2019, as a result of the lapse of appropriations for the Department of Justice and many of the Defendant agencies. As of January 25, 2019, funding was restored through February 15, 2019, for the Department of Justice and many of the Defendant agencies, and the Department has now resumed its usual civil litigation functions. Pursuant to the Court's January 25, 2019 Minute Order, the deadline for filing the parties' Joint Status Report is February 11, 2019. Accordingly, the parties will file their Joint Status Report on or before February 11, 2019.

Dated: January 28, 2019                    Respectfully submitted,

                        JOSEPH H. HUNT
                        Assistant Attorney General
                        Civil Division

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        /s/ Tamra T. Moore
        TAMRA T. MOORE
        Senior Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, D.C. 20005
        Tel: (202) 305-8628
        Email: Tamra.Moore@usdoj.gov