# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>   Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY *et al.*,<br><br>   Defendants. | Case No. 1:16-cv-01256 (EGS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby stipulate to the dismissal with prejudice of their claims against the following Defendant agencies and agency components, while reserving their right to seek any attorneys' fees to which they are entitled from those Defendant agencies and/or agency components:

1. Defense Intelligence Agency
2. Department of Homeland Security
3. Department of State
4. Department of Treasury
5. Federal Bureau of Investigation
6. National Reconnaissance Office
7. National Security Agency
8. Navy
9. Office of the Director of National Intelligence

The remaining Defendant agencies and agency components are:

1. Air Force

2. Central Intelligence Agency

Dated: August 15, 2019                     Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General,
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

 /s/ Antonia Konkoly
ANTONIA KONKOLY
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 514-2395
Fax: (202) 305-8517
antonia.konkoly@usdoj.gov

*Counsel for Defendants*

 /s/ *Jameel Jaffer*
Jameel Jaffer (D.D.C. Bar No. MI0067)
Ramya Krishnan (admitted *pro hac vice*)
Alex Abdo (admitted *pro hac vice*)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: 646.745.8500
ramya.krishnan@knightcolumbia.org

Brett Max Kaufman (D.D.C. Bar No.
  NY0224)
American Civil Liberties Union
125 Broad Street—18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Pennsylvania Avenue, NW,
  Suite 434
Washington, D.C. 20008
T: 202.457.0800
F: 202.457.0805
artspitzer@aclu-nca.org

*Counsel for Plaintiffs*