**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:16-cv-01256 (EGS) |

## DEFENDANT CENTRAL INTELLIGENCE AGENCY'S MOTION FOR SUMMARY JUDGMENT

Defendant Central Intelligence Agency respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7. The reasons supporting this motion are set forth in the concurrently filed memorandum, and supporting declaration and attachments. A proposed order is also attached for the convenience of the Court.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        _____/s/_____
        Antonia Konkoly
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        1100 L St. NW, Room 11110

        Washington, DC 20005
        (202) 514-2395 (direct)
        (202) 616-8470
        antonia.konkoly@usdoj.gov

        *Counsel for the Defendants*

DATED: September 12, 2019