# EXHIBIT 1


| | |
|---|---|
| **From:** | Konkoly, Antonia (CIV) |
| **To:** | Jacob Karr; Ramya Krishnan; Alexander A Abdo; Brett Max Kaufman; Vera Eidelman; Naomi Gilens |
| **Subject:** | ACLU v. CIA 16-cv-1256 |
| **Date:** | Tuesday, September 03, 2019 10:17:00 PM |
| **Attachments:** | ACLU Reclassfied doc.pdf |

Counsel –

I know we conferred extensively regarding the redaction that you intend to challenge in the ACLU v. CIA pre-publication case. However, I cannot find an email that clearly identifies that particular redaction – and as I think about it, I believe that may be because you initially conveyed that information to me in our phone call on the afternoon of 7/31.

Would you mind confirming in writing (ie email), for the purpose of creating a clear record for the MSJ, that the redaction at issue for resolution by the court is the box on page 1 of the attached, below the sentence starting "As of 6 May 2009, the following authors have been granted a review exemption"?

Thanks,
Toni

Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
Direct line:  (202) 514-2395
email:  Antonia.Konkoly@usdoj.gov

# Publications Review Board

"This Web Blog is a Privacy Act system of Records"

## (U) Review Exemption — Definition and Author Cases

Posted on May 6, 2009 by [redacted]  (b)(3) CIAAct
(b)(6)

UNCLASSIFIED

"Review Exemption" — A manuscript submission exemption for authors granted by the PRB on a case-by-case basis. It is based on an established record of prepublication review compliance and is usually limited to a narrow topic or defined circumstance.

As of 6 May 2009, the following authors have been granted a review exemption:

[redacted]  (b)(1)
(b)(3) CIAAct
(b)(6)

The "carry-over" field in the PRB Database contains details of an author's review exemption.

### Related Content

- (U) Author Appeals
- (U) Author Background Checklist
- (U) [redacted] Preferences for Closing Cases
- (U) PRB Meeting Agenda — 29 July 2008

(b)(3) CIAAct
(b)(6)

Approved for Release: 2017/04/06 C06819120

SECRET//NOFORN

Review Exemption - - Definition and Author Cases | Publications Re...

[redacted] (b)(3) NatSecAct

The accredited security level of this system is: **TOP SECRET//SI** [redacted]

Be the first to subscribe to this post. Click here.

(b)(3) CIAAct
(b)(6)

This entry was posted in **Imported Content, Policies** by [redacted] Bookmark the **permalink** [redacted]

(b)(3) NatSecAct

SECRET//NOFORN
Approved for Release: 2017/04/06 C06819120