# EXHIBIT 2

| | |
|---|---|
| **From:** | Ramya Krishnan |
| **To:** | Konkoly, Antonia (CIV); Jacob Karr; Alexander A Abdo; Brett Max Kaufman; Vera Eidelman; Naomi Gilens |
| **Subject:** | Re: ACLU v. CIA 16-cv-1256 |
| **Date:** | Wednesday, September 04, 2019 9:45:17 AM |

Hi Toni,

We confirm that the redaction you describe is the one at issue.

Best,
Ramya

> **From:** "Konkoly, Antonia (CIV)" <Antonia.Konkoly@usdoj.gov>
> **Date:** Tuesday, September 3, 2019 at 10:17 PM
> **To:** Jacob Karr <jacob.karr@knightcolumbia.org>, Ramya Krishnan <ramya.krishnan@knightcolumbia.org>, Alexander A Abdo <alex.abdo@knightcolumbia.org>, Brett Max Kaufman <bkaufman@aclu.org>, Vera Eidelman <veidelman@aclu.org>, Naomi Gilens <ngilens@aclu.org>
> **Subject:** ACLU v. CIA 16-cv-1256
>
> Counsel –
>
> I know we conferred extensively regarding the redaction that you intend to challenge in the ACLU v. CIA pre-publication case. However, I cannot find an email that clearly identifies that particular redaction – and as I think about it, I believe that may be because you initially conveyed that information to me in our phone call on the afternoon of 7/31.
>
> Would you mind confirming in writing (ie email), for the purpose of creating a clear record for the MSJ, that the redaction at issue for resolution by the court is the box on page 1 of the attached, below the sentence starting "As of 6 May 2009, the following authors have been granted a review exemption"?
>
> Thanks,
> Toni
>
> Antonia Konkoly
> Trial Attorney
> U.S. Department of Justice
> Civil Division | Federal Programs Branch
> Direct line:  (202) 514-2395
> email:  Antonia.Konkoly@usdoj.gov