# EXHIBIT 3

| | |
|---|---|
| **From:** | Konkoly, Antonia (CIV) |
| **To:** | Ramya Krishnan; Jacob Karr; Alexander A Abdo |
| **Cc:** | Brett Max Kaufman; Vera Eidelman; Naomi Gilens |
| **Subject:** | RE: ACLU, et al. v. CIA, et al. & KFAI, et al. v. DOD, et al. -- introduction email |
| **Date:** | Tuesday, August 06, 2019 1:57:00 PM |

Hi Ramya,

CIA confirms that it cannot provide any further information. Please let me know what briefing schedule plaintiffs would propose, and I'll take a look and get back to you.

Thanks,
Toni

**From:** Ramya Krishnan <ramya.krishnan@knightcolumbia.org>
**Sent:** Tuesday, August 06, 2019 12:49 PM
**To:** Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>; Jacob Karr <jacob.karr@knightcolumbia.org>; Alexander A Abdo <alex.abdo@knightcolumbia.org>
**Cc:** Brett Max Kaufman <bkaufman@aclu.org>; Vera Eidelman <veidelman@aclu.org>; Naomi Gilens <ngilens@aclu.org>
**Subject:** Re: ACLU, et al. v. CIA, et al. & KFAI, et al. v. DOD, et al. -- introduction email

Hi Toni,

Thanks for making those inquiries. We plan to maintain our challenge to the withholding unless the CIA is able to do one of the following: (1) represent to us that the redacted employees are exempt from review solely for official-capacity publications, or (2) represent to us that the redacted employees have never published anything in their personal capacities subject to prepublication review under their real names. If the CIA refuses to do either of those things, we plan to pursue our challenge and will propose a briefing schedule for your consideration.

Best,
Ramya

> **From:** "Konkoly, Antonia (CIV)" <Antonia.Konkoly@usdoj.gov>
> **Date:** Monday, August 5, 2019 at 1:52 PM
> **To:** Jacob Karr <jacob.karr@knightcolumbia.org>, Alexander A Abdo <alex.abdo@knightcolumbia.org>
> **Cc:** Ramya Krishnan <ramya.krishnan@knightcolumbia.org>, Brett Max Kaufman <bkaufman@aclu.org>, Vera Eidelman <veidelman@aclu.org>, Naomi Gilens <ngilens@aclu.org>
> **Subject:** RE: ACLU, et al. v. CIA, et al. & KFAI, et al. v. DOD, et al. -- introduction email
>
> Counsel –

Further to our conversation on Friday, CIA confirms that none of the redacted names in the withholding in question have been officially acknowledged by the CIA. I've also posed your further questions to CIA, but the Agency cannot determine whether the PRB authorized any publications by the persons in question (or whether any such authorizations were in the person's personal or official capacity) without conducting new searches and tasking other offices.

I think we have probably reached the end of the line in terms of what we can tell you about the redaction in question. But if you have other questions or think a further discussion could be helpful, I'm available to chat.

Thanks,
Toni

**From:** Jacob Karr <jacob.karr@knightcolumbia.org>
**Sent:** Thursday, August 01, 2019 11:43 AM
**To:** Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>; Alexander A Abdo <alex.abdo@knightcolumbia.org>
**Cc:** Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Brett Max Kaufman <bkaufman@aclu.org>; Vera Eidelman <veidelman@aclu.org>; Naomi Gilens <ngilens@aclu.org>
**Subject:** Re: ACLU, et al. v. CIA, et al. & KFAI, et al. v. DOD, et al. -- introduction email

Hi Toni,

Thank you for providing the clarification below.

Plaintiffs have a follow-up question: Can you tell us whether the names redacted in the document are of individuals whose employment with the CIA is publicly known? We seek this information in an effort to avoid needless litigation, since Plaintiffs would likely argue that if the individuals' affiliations with the agency are publicly known, exemptions 3 and 6 cannot be used to withhold their names.

Regards,

Jake

**From:** "Konkoly, Antonia (CIV)" <Antonia.Konkoly@usdoj.gov>
**Date:** Thursday, August 1, 2019 at 10:55 AM
**To:** Jacob Karr <jacob.karr@knightcolumbia.org>, Alexander A Abdo <alex.abdo@knightcolumbia.org>
**Cc:** Ramya Krishnan <ramya.krishnan@knightcolumbia.org>, Brett Max Kaufman

<bkaufman@aclu.org>, Vera Eidelman <veidelman@aclu.org>, Naomi Gilens <ngilens@aclu.org>
**Subject:** RE: ACLU, et al. v. CIA, et al. & KFAI, et al. v. DOD, et al. -- introduction email

Hi Jake et al –

The withholding in question is of CIA employee names only; there are no position titles behind the redaction.

Also, CIA makes the withholding on the basis of Section 6 of the CIA Act, 50 USC 3507, as well as exemption 6. The exemption 3 rationale is a straightforward application of 50 USC 3507, which on its plain terms permits the withholding of "the organization, functions, **names**, official titles, salaries, or numbers of personnel employed by the Agency."

I hope that answers your questions but happy to discuss further if you would like.

Thanks,
Toni

**From:** Jacob Karr <jacob.karr@knightcolumbia.org>
**Sent:** Wednesday, July 31, 2019 1:53 PM
**To:** Konkoly, Antonia (CIV) <ankonkol@CIV.USDOJ.GOV>; Alexander A Abdo <alex.abdo@knightcolumbia.org>
**Cc:** Ramya Krishnan <ramya.krishnan@knightcolumbia.org>; Brett Max Kaufman <bkaufman@aclu.org>; Vera Eidelman <veidelman@aclu.org>; Naomi Gilens <ngilens@aclu.org>
**Subject:** Re: ACLU, et al. v. CIA, et al. & KFAI, et al. v. DOD, et al. -- introduction email

Hi Toni,

Thank you for your email. Could we speak at 2:30 p.m.? We can use the following dial-in:

**Dial-in**: 888-270-9936
**Participant Code**: 5829832

Attached is the document we would like to discuss.

Regards,

Jake