IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 1:16-cv-1256 (EGS) |
| *v.* | ) ) | |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) ) | |
| *Defendants*. | ) ) ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant Central Intelligence Agency's motion for summary judgment, it is hereby **ORDERED** that the motion is **GRANTED,** and judgment is entered in the CIA's favor.

Dated: _____

Hon. Emmet G. Sullivan
United States District Judge