# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION
and AMERICAN CIVIL LIBERTIES
UNION FOUNDATION,

        Plaintiffs,

    v.

CENTRAL INTELLIGENCE AGENCY,
*et al.*,

        Defendants.

**Oral Argument Requested**

Civil Action No. 1:16-cv-1256

## PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT CIA'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation hereby move for partial summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The reasons for this cross-motion are set forth in the accompanying memorandum. A proposed order is attached for the convenience of the Court. Pursuant to Local Civil Rule 7(f), Plaintiffs request oral argument on their cross-motion.

October 10, 2019

  */s/ Brett Max Kaufman*

Brett Max Kaufman (D.C. Bar No. NY0224)
American Civil Liberties Union
125 Broad Street—18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)

Respectfully submitted,

  */s/ Ramya Krishnan*

Ramya Krishnan
Meenakshi Krishnan
Alex Abdo
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: 646.745.8500
ramya.krishnan@knightcolumbia.org

American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW—2d floor
Washington, D.C. 20005
T: 202.601.4266
aspitzer@acludc.org

*Counsel for Plaintiffs*