IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>       Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>       Defendants. | Civil Action No. 1:16-cv-1256 |

**[PROPOSED] ORDER**

Upon consideration of Defendant CIA's motion for summary judgment, and Plaintiffs' cross-motion for partial summary judgment, it is hereby **ORDERED** that Defendant CIA's motion is **DENIED**; it is **FURTHER ORDERED** that Plaintiffs' cross-motion is **GRANTED**; and it is **FURTHER ORDERED** that Defendant CIA produce the internal blog titled "Review Exemption – Definition and Author Cases," without the redaction covering the list of authors' names, within 14 days of this order.

Dated: _____

                                                  Hon. Emmet G. Sullivan
                                                  United States District Judge