## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY *et al.*,<br><br>　　　　Defendants. | Case No. 1:16-cv-01256 (EGS) |

## **[PROPOSED] ORDER**

The Court, having reviewed Defendant Central Intelligence Agency's ("CIA") Consent Motion for a Brief Extenion of the Remaining Summary Judgment Briefing Schedule, hereby grants the motion for good cause shown and orders as follows:

(1)　The CIA shall file a single memorandum containing its reply arguments in support of their own motion for summary judgment and in opposition to Plaintiffs' cross-motion for summary judgment, on or before November 6, 2019.

(2)　Plaintiffs shall file a reply memorandum in support of their motion on or before November 22, 2019.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: _____

1