**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>Defendants. | Civil Action No. 1:16-cv-1256 |

**CIA'S REPLY TO PLAINTIFFS' COUNTER-STATEMENT OF DISPUTED FACTS**

Pursuant to Local Civil Rule 7(h) and paragraph 13 of the Court's Standing Order (Dkt. No. 46-1), Defendant Central Intelligence Agency ("CIA" or "Agency") hereby submits the following reply to the Counter-Statement of Disputed Facts filed by Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (collectively, the "ACLU").

As set forth below, the parties are in agreement as to all material facts. In Row 3 of its originally-filed Statement of Material Facts Not In Dispute, Dkt. No. 54-6, CIA stated that "[o]n April 7, 2017, the CIA made an initial production, releasing nine documents in part and withholding seven documents in full." However, in their Counter-Statement of Disputed Facts, Dkt. No. 56-4, the ACLU correctly pointed out that this initial production in fact consisted of nine documents produced in full and 20 documents produced in part; in addition, the CIA withheld seven documents in full. *See* Dkt. No. 56-4, Row 3, and *infra*.

The CIA agrees that the ACLU's statement of this fact is correct, and has corrected the record in Row 3 below. With this correction, the parties are in agreement as to all material facts necessary to the resolution of the parties' cross-motions for summary judgment.

| **Defendant's Statement of Material Facts** | |
|---|---|
| 1. On March 3, 2016, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (collectively, "the ACLU" or "Plaintiffs") submitted Freedom of Information Act ("FOIA") requests to, among other federal agencies, the CIA, seeking seven different categories of information related to the agencies' respective prepublication review processes.<br><br>Declaration of Antoinette B. Shiner ("Shiner Decl.") ¶ 5 & Ex. A thereto. | 1. Admitted. |
| 2. On June 21, 2016, Plaintiffs initiated this suit, naming, *inter alia*, the CIA as a Defendant.<br><br>Dkt. No. 1. | 2. Admitted. |
| 3. On April 7, 2017, the CIA made an initial production, releasing nine documents in part and withholding seven documents in full.<br><br>Shiner Decl. ¶ 12 & Ex. F thereto.<br><br>*CIA clarifies that on April 7, 2017, the CIA made an initial production, releasing nine documents in full and 20 documents in part, and withholding seven documents in full.* | 3. Admitted in part and denied in part. On April 7, 2017, the CIA made an initial production, releasing nine documents in full and 20 documents in part, and withholding seven documents in full.<br><br>Shiner Decl. ¶ 12 & Ex. F thereto. |

| | |
|---|---|
| Exhibit F to Shiner Decl., Dkt. No. 54-2 p. 63 | |
| 4. On June 23, 2017, the CIA made a final production, releasing an additional 59 documents in part and withholding three more in full.<br><br>Shiner Decl. ¶ 13 & Ex. G thereto. | 4. Admitted. |
| 5. The ACLU has informed defense counsel that it is challenging only one of the CIA's withholdings—to wit, a redaction that appears on the first page of one of the documents produced to the ACLU in the CIA's initial production.<br><br>Defendant's Exhibit ("DEX") 1, 2 (email exchange between counsel confirming this limitation, and attaching the relevant document). | 5. Admitted. |
| 6. CIA has confirmed that the redaction in question is to "the names of several CIA employees."<br><br>Shiner Decl. ¶ 14. | 6. Admitted. |

          Respectfully submitted,

          JOSEPH H. HUNT
          Assistant Attorney General

          ELIZABETH J. SHAPIRO
          Deputy Branch Director

                  /s/
          Antonia Konkoly
          Trial Attorney
          U.S. Department of Justice
          Civil Division, Federal Programs Branch

                                        1100 L St. NW, Room 11110
                                        Washington, DC 20005
                                        (202) 514-2395 (direct)
                                        (202) 616-8470
                                        antonia.konkoly@usdoj.gov

*Counsel for the Defendants*

DATED: November 6, 2019