IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY *et al.*,<br><br>        Defendants. | Case No. 1:16-cv-01256 (EGS) |

## MOTION TO EXTEND DEADLINE FOR REQUESTING ATTORNEYS' FEES

Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation ("Plaintiffs") respectfully request that the Court extend their deadline for filing a motion for attorneys' fees and costs by an additional sixty days. The government consents to the requested extension of time.

On August 15, 2019, the parties jointly filed a Stipulation of Dismissal, wherein Plaintiffs agreed to dismiss with prejudice their claims against nine of the Defendant agency and agency components, while reserving their right to seek an award of attorneys' fees and other costs. *See* Dkt. 51. On December 8, 2021, the parties jointly filed a stipulation of dismissal with prejudice with respect to their claims against an additional agency, the Air Force, similarly reserving their right to seek an award of attorneys' fees and other costs. *See* Dkt. 67. Finally, also on December 8, 2021, the parties jointly requested that the Court enter final judgment in this matter in favor of the CIA, the remaining Defendant in this case. *See* Dkt. 68.

Plaintiffs intend to seek fees and costs in this matter. Federal Rule of Civil Procedure 54(d)(2)(B)(i) states that a motion for attorneys' fees must be filed no later than 14 days after the

1

entry of judgment. The parties have conferred, and the government consents to extending this deadline by sixty days. Accordingly, if the Court grants the parties' request for entry of final judgment in this case, Plaintiffs also request that it extend their deadline for filing a motion for attorneys' fees and costs to seventy-four days from such entry of judgment.

| | |
|---|---|
| Dated: December 8, 2021 | Respectfully submitted, |

 */s/ Jameel Jaffer*
Jameel Jaffer (D.D.C. Bar No. MI0067)
Ramya Krishnan (admitted *pro hac vice*)
Alex Abdo (admitted *pro hac vice*)
Knight First Amendment Institute at
  Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
Tel: 646.745.8500
ramya.krishnan@knightcolumbia.org

Brett Max Kaufman (D.D.C. Bar No.
  NY0224)
American Civil Liberties Union
125 Broad Street—18th Floor
New York, NY 10004
Tel: 212.549.2500
Fax: 212.549.2654
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the District of Columbia
915 15th Street, NW—2d Floor
Washington, D.C. 20005
Tel: 202.601.4266
artspitzer@acludc.org

*Counsel for Plaintiffs*