UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, ET AL.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, ET AL.,<br><br>　　　　Defendants. | Civ. Action No. 16-1256 (EGS) |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the Memorandum Opinion and Order docketed November 24, 2021, it is hereby

**ORDERED** that the Clerk shall enter final judgment in favor of the Central Intelligence Agency and against the American Civil Liberties Union and the American Civil Liberties Union Foundation. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

　　**SO ORDERED.**

**Signed:　Emmet G. Sullivan
　　　　　United States District Judge
　　　　　December 9, 2021**

1