AO 450 (Rev  01/09, DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**FILED**

DEC 1 0 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, ET AL., | ) |
| *Plaintiff* | ) |
| v. | ) |
| CENTRAL INTELLIGENCE AGENCY, ET AL., | ) |
| *Defendant* | ) |

Civil Action No.  16-1256 (EGS)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____

☑ other:   ORDERED that the Clerk shall enter final judgment in favor of the Central Intelligence Agency and against
the American Civil Liberties Union and the American Civil Liberties Union Foundation.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  EMMET G. SULLIVAN _____ on a motion for
Summary Judgment by Central Intelligence Agency which is granted in part and denied in part and American Civil
Liberties Union And American Civil Liberties Union Foundation's Cross Motion For Summary Judgement which is
granted in part and denied in part.

Date: _____12/10/2021_____

*ANGELA D. CAESAR, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*