IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

        Plaintiffs,

    v.

CENTRAL INTELLIGENCE AGENCY,
*et al.*,

        Defendants.

Case No. 1:16-cv-01256 (EGS)

**MOTION TO EXTEND TIME FOR FILING NOTICE OF APPEAL**

To preserve their right to appeal and to facilitate the parties' settlement of attorneys' fees, Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation (collectively, "Plaintiffs"), respectfully move under Federal Rule of Civil Procedure 58(e) to extend the time for filing any notice of appeal from the Court's Memorandum Opinion and Order, entered November 24, 2021, until February 21, 2022, the due date for Plaintiffs' fees motion.

The Court entered judgment in this case on December 8, 2021. *See* Dkt. No. 71. On December 9, 2021, the Court granted Plaintiffs' timely motion to extend the deadline for filing a motion for attorneys' fees under Rule 54(d)(2) until February 21, 2022. *See* Dkt. No. 69. Under Federal Rule of Appellate Procedure 4(a)(1)(B)(ii), Plaintiffs' deadline to file a notice of appeal was February 7, 2022. However, Federal Rule of Civil Procedure 58(e) permits the Court to extend the time for filing a notice of appeal if a timely motion for attorney's fees is made pursuant to Rule 54(d)(2). Fed. R. Civ. P. 58(e); *see also* Fed. R. App. P. 4(a)(4)(A)(iii).

Plaintiffs are prepared to file their fee motion by February 21, which would allow the Court to extend the time for filing any notice of appeal from the Court's Memorandum Opinion and

Order. *See* Fed. R. Civ. P. 58(e). They would prefer, however, to resolve the outstanding issue of attorneys' fees without burdening the Court and parties with fee litigation by negotiating a mutually agreeable settlement on the matter. Pursuing this route would serve the interests of efficiency and judicial economy by avoiding the need for resource-intensive fees litigation. Plaintiffs therefore respectfully request that the Court extend the deadline for the filing of a notice of appeal, pursuant to its authority under Rule 58(e), notwithstanding that Plaintiffs have not yet filed a motion for fees under Rule 54(d)(2).

On February 10, 2022, counsel for Plaintiffs conferred with the government about this request. The government has not yet been able to confirm Defendant Central Intelligence Agency's position on the request, but will communicate that position to the Court once they have had an opportunity to do so.

Dated: February 11, 2022

Respectfully submitted,

Brett Max Kaufman
American Civil Liberties Union
125 Broad Street—18th Floor
New York, NY 10004
T: 212.549.2500
F: 212.549.2654
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the Nation's Capital
4301 Pennsylvania Avenue, NW,
Suite 434
Washington, D.C. 20008
T: 202.457.0800
F: 202.457.0805
artspitzer@aclu-nca.org

*Counsel for Plaintiffs*

*/s/ Ramya Krishnan*
Ramya Krishnan (admitted *pro hac vice*)
Alex Abdo (admitted *pro hac vice*)
Knight First Amendment Institute
at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: 646.745.8500
ramya.krishnan@knightcolumbia.org