## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION and
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

              Plaintiffs,

      v.

CENTRAL INTELLIGENCE AGENCY,
*et al.*,

             Defendants.

Case No. 1:16-cv-01256 (EGS)

### DECLARATION OF ALEX ABDO

I, Alex Abdo, hereby declare:

1.      I make this declaration based on my own personal knowledge, and if called to testify I could and would so competently as follows:

2.      I am a member of the Bar of the State of New York. I am admitted to practice before the Supreme Court; the United States Courts of Appeals for the D.C. Circuit, First Circuit, Second Circuit, Fourth Circuit, and Ninth Circuit; and the United States District Courts for the Southern District of New York and the Eastern District of New York. I am the litigation director of the Knight First Amendment Institute at Columbia University and an attorney for the plaintiffs in this matter. I graduated from Harvard Law School in 2006, after which I served as law clerk to the Honorable Barbara M.G. Lynn of the United States District Court for the Northern District of Texas and then to the Honorable Rosemary Barkett of the United States Court of Appeals for the Eleventh Circuit. I joined the staff of the Knight Institute in 2017. Prior to joining the Institute, I worked for eight years at the American Civil Liberties Union ("ACLU"), in the ACLU's National Security Project and Speech, Technology, and Privacy Project.

3.     I have substantial experience litigating Freedom of Information Act ("FOIA") cases. For example, for nearly a decade, I litigated the case *ACLU v. Department of Defense*, No. 4-CV-4151 (AKH) (S.D.N.Y.), a long-running FOIA case that resulted in the disclosure of over 150,000 pages of agency records concerning the abuse of individuals held in U.S. custody after the 9/11 attacks. That case was filed in the Southern District of New York and involved multiple published opinions, multiple trips to the Second Circuit, and one trip to the Supreme Court. *See, e.g.*, *ACLU v. DOD*, 827 F. Supp. 2d 217 (S.D.N.Y. 2011); *ACLU v. DOD*, 543 F.3d 59 (2d Cir. 2008), *vacated by DOD v. ACLU*, 130 S. Ct. 777 (2009). During that time and since then, I have litigated many other FOIA cases, including, among others: *ACLU v. National Security Agency*, No. 1:13-CV-9198 (S.D.N.Y.) (seeking records relating to foreign intelligence surveillance undertaken pursuant to Executive Order 12,333); *Campaign for Accountability v. Department of Justice*, 486 F. Supp. 3d 424 (D.D.C. 2020) (seeking affirmative disclosure of the Office of Legal Counsel's formal written opinions under FOIA's "reading room" provision); *Freedom of the Press Foundation v. Department of Justice*, 493 F. Supp. 3d 251, 260 (S.D.N.Y. 2020) (seeking records relating to surveillance of the press); *Knight First Amendment Institute at Columbia University v. Centers for Disease Control and Prevention*, No. 20-cv-2761 (AT) (S.D.N.Y.) (seeking records relating to personal-capacity speech by CDC employees); *Francis v. Department of Justice*, No. 2:19-CV-1317 (W.D. Wash.) (seeking the release of OLC opinions issued prior to 1994); *Knight First Amendment Institute at Columbia University v. Central Intelligence Agency*, No. 1:18-cv-02709-TNM (D.D.C.) (seeking records relating to the intelligence agencies' possible "duty to warn" journalist Jamal Khashoggi about threats to his life); *Doyle v. Department of Homeland Security*, 959 F.3d 72 (2d Cir. 2020) (seeking the Secret Service's logs of visits to the White House).

4.      I also have special expertise in the subject of this FOIA lawsuit—namely, the government's system of prepublication review.  I am counsel to the plaintiffs in *Edgar v. Haines*, 2 F.4th 298 (4th Cir. 2021), *petition for cert. filed*, 2020 WL 12701232 (U.S. Nov. 22, 2021) (No. 21-791), a constitutional challenge to the prepublication review systems of the Central Intelligence Agency, National Security Agency, Department of Defense, and Office of the Director of National Intelligence.  I have written a number of pieces about the lawsuit and the prepublication review process more generally. *See, e.g.*, Alex Abdo & Meenakshi Krishnan, *Explainer: Prepublication Review and How it Applies to Bolton*, Just Security (Jan. 30, 2020), https://perma.cc/2GP6-RN7K; Alex Abdo, Jameel Jaffer, Meenakshi Krishnan, & Ramya Krishnan, *How A New Administration— And A New Congress—Can Fix Prepublication Review: A Roadmap for Reform*, Just Security (Nov. 24, 2020), https://perma.cc/TZT5-ZZ99.

5.      I also oversaw the creation of an interactive chart, now on the Knight Institute's website, that allows members of the public to study and compare the key features of the prepublication review systems of seventeen intelligence agencies and of the three secrecy agreements those agencies typically require their employees to sign as a condition of access to classified information. *See* Knight First Amendment Institute at Columbia University, *Interactive Chart: Prepublication Review by Agency and Secrecy Agreement* (Aug. 27, 2019), https://knightcolumbia.org/content/prepublication-review-by-agency-and-agreement. The Knight Institute frequently receives queries from former intelligence agency employees about the scope of their prepublication review obligations. We often refer these individuals to the chart as a helpful resource.

6.      Over the course of the present litigation, I maintained contemporaneous time records of work I performed on this case. I did so using Toggl, an online time-tracking software

program that allows me to record my hours. During the course of this litigation, I generally recorded my time using Toggl's timer feature, which allows me to record my time to the minute; sometimes, however, I added my time to Toggl manually, in which case I recorded it in five-minute increments. In preparation for this motion, I exported a CSV file from Toggl that contained time entries I had recorded relating to this litigation. In reviewing that statement, I deleted all entries relating to the summary judgment motions practice in this case; I deleted entries that were duplicative or improperly assigned to the case; I made clarifying (but non-substantive) edits to the "Description" column; and I deleted some entries in the exercise of billing judgment.

7.     Once these edits were made, I oversaw the compilation of my timesheet with the timesheets of the other attorneys for whom we are seeking fees. In adding our respective billing rates and calculating the total fees, I used billing rates that would be charged by private attorneys with comparable experience and expertise. Based on conversations with colleagues who have recently researched the issue, I am familiar with the billing practices and rates of law firms in Washington D.C., and I understand the prevailing market rate for an attorney of my experience and expertise to be well above $750 per hour.

8.     The fees for which we seek compensation are reasonable in relation to the work done. Before submitting this motion, Plaintiffs' attorneys made two decisions to ensure that the fees sought would be reasonable. First, we decided that we would not seek compensation for work done by paralegals, legal interns, or legal assistants. Second, we decided that we would not seek compensation for the work done by legal fellows, though those fellows spent a considerable amount of time on the case. (For example, the first draft of Plaintiffs' complaint was prepared entirely by a past ACLU legal fellow, Benjamin Good.) Although we believe the fees we

eliminated were compensable, we eliminated those fees out of an abundance of caution to ensure that we were not billing excessively.

9.      I believe the resulting proposed fees represent a very reasonable and conservative accounting of the work done on this lawsuit.

10.     A summary of the total attorneys' fees that we are seeking is attached to this declaration as Exhibit A.

11.     A detailed timesheet for the four attorneys for whom we are seeking fees is attached to this declaration as Exhibit B.

12.     The docket report from this lawsuit is attached to this declaration as Exhibit C. Plaintiffs seek the reimbursement of litigation costs in the amount of $700.00. These costs include the filing fees associated with the Complaint and three motions for leave to appear *pro hac vice*, as noted in docket entries Nos. 1, 4, 5, and 24.

Respectfully submitted,

 /s/ *Alex Abdo*
Alex Abdo

February 22, 2022

# EXHIBIT A

| Summary of Attorney's Fees - *ACLU v. CIA* | | | | |
|---|---|---|---|---|
| **Attorney** | **Time (hours)** | **Rate (hourly)** | | **Fees** |
| Jameel Jaffer | 0.67 | $ | 800.00 | $ | 533.78 |
| Alex Abdo | 10.42 | $ | 750.00 | $ | 7,815.63 |
| Art Spitzer | 0.90 | $ | 850.00 | $ | 765.00 |
| Brett Kaufman | 11.34 | $ | 750.00 | $ | 8,508.13 |
| **TOTAL** | **23.33** | | | $ | **17,622.53** |

EXHIBIT B

| Date | Attorney | Description | Time (Hours) | Rate | Amount |
|---|---|---|---|---|---|
| 5/19/16 | Brett Kaufman | Review and edit PPR FOIA Complaint. | 2.04 | $ 750.00 | $ 1,530.83 |
| 6/18/16 | Art Spitzer | Email co-counsel re: PPR FOIA Complaint | 0.10 | $ 850.00 | $ 85.00 |
| 6/8/16 | Brett Kaufman | Meet with J. Jaffer & B. Good (ACLU) re: PPR FOIA Complaint & strategy for filing, timing, etc. | 0.42 | $ 750.00 | $ 312.92 |
| 6/8/16 | Jameel Jaffer | Meet with B. Kaufman & B. Good re: PPR FOIA Complaint & strategy for filing, timing, etc. | 0.42 | $ 800.00 | $ 333.78 |
| 6/21/16 | Art Spitzer | Review and edit PPR FOIA Complaint and circulate comments to litigation team. | 0.50 | $ 850.00 | $ 425.00 |
| 6/21/16 | Art Spitzer | Review and correct Complaint cover sheet for filing. | 0.10 | $ 850.00 | $ 85.00 |
| 6/21/16 | Art Spitzer | Review motions for admission *pro hac vice* . | 0.10 | $ 850.00 | $ 85.00 |
| 6/21/16 | Brett Kaufman | Final review and edit of PPR FOIA Complaint. | 0.68 | $ 750.00 | $ 512.50 |
| 6/22/16 | Art Spitzer | Email co-counsel re: service of Complaint. | 0.10 | $ 850.00 | $ 85.00 |
| 8/31/16 | Brett Kaufman | Call with Ryan Parker (DOJ), with B. Good. | 0.54 | $ 750.00 | $ 407.92 |
| 9/28/16 | Brett Kaufman | Review documents released by DHS. | 1.05 | $ 750.00 | $ 785.21 |
| 10/3/16 | Brett Kaufman | Call with Ryan Parker (DOJ) re: CIA, DIA, official/unofficial records. | 0.33 | $ 750.00 | $ 250.00 |
| 10/6/16 | Brett Kaufman | Call with Ryan Parker (DOJ) re: DOS records. | 0.06 | $ 750.00 | $ 42.29 |
| 10/7/16 | Brett Kaufman | Call with J. Jaffer re: government's narrowing request. | 0.25 | $ 750.00 | $ 187.50 |
| 10/7/16 | Jameel Jaffer | Call with B. Kaufman re: government's narrowing request. | 0.25 | $ 800.00 | $ 200.00 |
| 10/19/16 | Brett Kaufman | Call with Ryan Parker (DOJ) re: clarifications, whether ACLU is seeking underlying submitted works, potential limiting of scope, and upcoming status report. | 0.25 | $ 750.00 | $ 187.50 |
| 11/2/16 | Brett Kaufman | Call with Ryan Parker (DOJ) re: agency productions. | 0.23 | $ 750.00 | $ 175.00 |
| 11/9/16 | Brett Kaufman | Internal meeting re: FBI's first batch of records. | 0.25 | $ 750.00 | $ 187.50 |
| 3/28/17 | Alex Abdo | Review ODNI production for compliance with request. | 0.30 | $ 750.00 | $ 225.83 |
| 4/6/17 | Alex Abdo | Review status of FOIA processing in preparation for discussion of status report with DOJ. | 2.08 | $ 750.00 | $ 1,560.00 |
| 4/6/17 | Alex Abdo | Call with Ryan Parker (DOJ) re: status report due on 4/7/17. | 0.82 | $ 750.00 | $ 618.33 |
| 4/6/17 | Alex Abdo | Email co-counsel re: conversation with Ryan Parker (DOJ). | 0.10 | $ 750.00 | $ 72.71 |
| 4/7/17 | Alex Abdo | Review draft status report received from DOJ. | 0.31 | $ 750.00 | $ 232.50 |
| 6/16/17 | Alex Abdo | Call with B. Kaufman to review productions and determine litigation positions for upcoming status update to the Court. | 1.50 | $ 750.00 | $ 1,125.00 |
| 6/16/17 | Brett Kaufman | Call with A. Abdo to review productions, determine litigation positions for upcoming status update to the Court. | 1.50 | $ 750.00 | $ 1,125.00 |
| 6/16/17 | Brett Kaufman | Call with A. Abdo to discuss status of FOIA requests and upcoming status report to the Court. | 1.40 | $ 750.00 | $ 1,048.96 |
| 6/19/17 | Alex Abdo | Call with Ryan Parker (DOJ) & B. Kaufman re: upcoming status report. | 0.97 | $ 750.00 | $ 723.96 |
| 6/19/17 | Brett Kaufman | Call with Ryan Parker (DOJ) & A. Abdo re: upcoming status report. | 0.97 | $ 750.00 | $ 723.96 |
| 8/22/17 | Alex Abdo | Call with Ryan Parker (DOJ) & B. Kaufman re: status of agency processing. | 1.15 | $ 750.00 | $ 861.67 |
| 8/22/17 | Brett Kaufman | Call with Ryan Parker (DOJ) & A. Abdo re: upcoming status report and status of agency productions. | 0.23 | $ 750.00 | $ 175.00 |
| 8/23/17 | Alex Abdo | Review draft joint status report to the Court. | 0.24 | $ 750.00 | $ 182.50 |
| 8/24/17 | Alex Abdo | Draft stipulation to dismiss seven agencies that have completed processing to our satisfaction. | 0.73 | $ 750.00 | $ 548.13 |
| 10/18/17 | Alex Abdo | Call with Ryan Parker (DOJ) & B. Kaufman re: status report. | 0.33 | $ 750.00 | $ 250.00 |
| 10/18/17 | Brett Kaufman | Call with Ryan Parker (DOJ) & A. Abdo re: status report. | 0.33 | $ 750.00 | $ 250.00 |
| 10/19/17 | Alex Abdo | Review draft joint status report. | 0.11 | $ 750.00 | $ 83.96 |
| 10/24/17 | Alex Abdo | Call with B. Kaufman & R. Krishnan (Knight) re: processing of FOIA documents. | 0.39 | $ 750.00 | $ 293.54 |
| 10/24/17 | Brett Kaufman | Call with A. Abdo & R. Krishnan re: processing of FOIA documents. | 0.39 | $ 750.00 | $ 293.54 |
| 12/20/17 | Alex Abdo | Call with B. Kaufman re: Air Force charts & outstanding productions in anticipation of upcoming status report. | 0.42 | $ 750.00 | $ 312.50 |
| 12/20/17 | Alex Abdo | Call with Ryan Parker (DOJ) re: status of processing. | 0.83 | $ 750.00 | $ 625.00 |
| 12/20/17 | Brett Kaufman | Call with A. Abdo re: Air Force charts & outstanding productions in anticipation of upcoming status report. | 0.42 | $ 750.00 | $ 312.50 |
| 12/22/17 | Alex Abdo | Review joint proposed scheduling order. | 0.13 | $ 750.00 | $ 100.00 |
| | | **TOTAL** | **23.33** | | **$ 17,622.53** |

EXHIBIT C

CLOSED,TYPE I-FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:16-cv-01256-EGS

AMERICAN CIVIL LIBERTIES UNION et al v. CENTRAL INTELLIGENCE AGENCY et al
Assigned to: Judge Emmet G. Sullivan
 Case: 1:18-cv-01129-EGS
Cause: 05:552 Freedom of Information Act

Date Filed: 06/21/2016
Date Terminated: 12/09/2021
Jury Demand: None
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2016 | 1 | COMPLAINT against CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE ( Filing fee $ 400 receipt number 0090-4576095) filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION, AMERICAN CIVIL LIBERTIES UNION. (Attachments: # 1 Civil Cover Sheet, # 2 Rule 7.1 Disclosure, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons)(Spitzer, Arthur) (Entered: 06/21/2016) |
| 06/21/2016 | 2 | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (md) (Entered: 06/21/2016) |
| 06/21/2016 | | Case Assigned to Judge Emmet G. Sullivan. (md) (Entered: 06/21/2016) |
| 06/22/2016 | 3 | SUMMONS (10) Issued Electronically as to CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice of Consent) (md) (Entered: 06/22/2016) |
| 06/28/2016 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Benjamin Robert Good, :Firm- American Civil Liberties Union Foundation, :Address- 125 Broad Street, 18th Floor, New York, NY 10004. Phone No. - 212-549-2500. Fax No. - 212-549-2654 Filing fee $ 100, receipt number 0090-4584776. Fee Status: Fee Paid. by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Spitzer, Arthur) (Entered: 06/28/2016) |
| 06/28/2016 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Brett Max Kaufman, :Firm- American Civil Liberties Union Foundation, :Address- 125 Broad Street, 18th Floor, New York, NY 10004. Phone No. - 212-549-2500. Fax No. - 212-548-2654 Filing fee $ 100, receipt number 0090-4584784. Fee Status: Fee Paid. by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Spitzer, Arthur) (Entered: 06/28/2016) |

| 06/29/2016 | | MINUTE ORDER granting 4 motion for leave to appear pro hac vice. Benjamin Robert Good is hereby admitted pro hac vice in this matter. Signed by Judge Emmet G. Sullivan on June 29, 2016. (lcegs3) (Entered: 06/29/2016) |
| --- | --- | --- |
| 06/29/2016 | | MINUTE ORDER granting 5 motion for leave to appear pro hac vice. Brett Max Kaufamn is hereby admitted pro hac vice in this matter. Signed by Judge Emmet G. Sullivan on June 29, 2016. (lcegs3) (Entered: 06/29/2016) |
| 07/22/2016 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 7/6/2016. Answer due for ALL FEDERAL DEFENDANTS by 8/5/2016. (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General July 5, 2016. (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE served on 7/5/2016 (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF THE TREASURY served on 7/5/2016 (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF STATE served on 7/5/2016 (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF JUSTICE served on 7/6/2016 (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 12 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF ENERGY served on 7/5/2016 (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF DEFENSE served on 7/5/2016 (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF HOMELAND SECURITY served on 7/5/2016 (Good, Benjamin) (Entered: 07/22/2016) |
| 07/22/2016 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CENTRAL INTELLIGENCE AGENCY served on 7/5/2016 (Good, Benjamin) (Entered: 07/22/2016) |
| 07/26/2016 | 16 | Consent MOTION for Extension of Time to *File Responsive Pleading* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE (Attachments: # 1 Text of Proposed Order)(Parker, Ryan) (Entered: 07/26/2016) |
| 07/27/2016 | | MINUTE ORDER granting 16 defendant's unopposed motion for extension of time. Defendants shall answer, or otherwise respond to plaintiffs' complaint, by no later than September 7, 2016. Signed by Judge Emmet G. Sullivan on July 27, 2016. (lcegs3) (Entered: 07/27/2016) |

| 07/27/2016 | | Set/Reset Deadlines/Hearings: Answer or other response due by 9/7/2016. (cdw) (Entered: 07/28/2016) |
|---|---|---|
| 08/01/2016 | 17 | REQUEST FOR SUMMONS TO ISSUE filed by AMERICAN CIVIL LIBERTIES UNION FOUNDATION, AMERICAN CIVIL LIBERTIES UNION.(Good, Benjamin) (Entered: 08/01/2016) |
| 08/02/2016 | 18 | SUMMONS Issued Electronically as to DEPARTMENT OF STATE. (jf) (Entered: 08/02/2016) |
| 08/31/2016 | 19 | NOTICE OF WITHDRAWAL OF APPEARANCE as to AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. Attorney Benjamin Robert Good terminated. (Good, Benjamin) (Entered: 08/31/2016) |
| 09/07/2016 | 20 | ANSWER to Complaint by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Parker, Ryan) (Entered: 09/07/2016) |
| 09/30/2016 | 21 | STANDING ORDER. The parties are directed to read this Order in its entirety upon receipt. The parties shall file a proposed schedule for future proceedings by no later than October 7, 2016. Signed by Judge Emmet G. Sullivan on 09/30/2016. (lcegs3) (Entered: 09/30/2016) |
| 10/03/2016 | | Set/Reset Deadlines: Joint Scheduling Order For Further Proceedings due by 10/7/2016. (mac) (Entered: 10/03/2016) |
| 10/04/2016 | 22 | Joint MOTION for Extension of Time to *File a Proposed Schedule for Future Proceedings* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE (Attachments: # 1 Text of Proposed Order)(Parker, Ryan) (Entered: 10/04/2016) |
| 10/04/2016 | | MINUTE ORDER granting 22 joint motion for an extension of time to file a proposed scheduling order. The parties shall file their proposed scheduling order by no later than November 4, 2016. Signed by Judge Emmet G. Sullivan on 10/4/2016. (lcegs3) (Entered: 10/04/2016) |
| 10/04/2016 | | Set/Reset Deadlines: Proposed Scheduling Order due by 11/4/2016. (mac) (Entered: 10/04/2016) |
| 11/04/2016 | 23 | PROPOSED BRIEFING SCHEDULE re 21 Order *Directing Parties to File a Joint Proposed Scheduling Order* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Parker, Ryan) (Entered: 11/04/2016) |
| 11/07/2016 | | MINUTE ORDER. Upon consideration of the parties' joint proposed scheduling order, the parties are directed to file another joint proposed scheduling order by no later than April 7, 2017. Signed by Judge Emmet G. Sullivan on 11/7/2016. (lcegs3) (Entered: 11/07/2016) |
| 11/07/2016 | | Set/Reset Deadlines: Proposed Scheduling Order due by 4/7/2017. (mac) (Entered: 11/07/2016) |
| 02/23/2017 | 24 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Alex Abdo, :Firm- Knight First Amendment Institute at Columbia University, :Address- 535 West 116th Street, Low Library, New York, New York 10027. Phone No. - 212-854-1128. Filing fee $ 100, receipt |

| | | |
|---|---|---|
| | | number 0090-4852480. Fee Status: Fee Paid. by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Kaufman, Brett) (Entered: 02/23/2017) |
| 02/23/2017 | 25 | NOTICE of Appearance by Jameel Jaffer on behalf of All Plaintiffs (Jaffer, Jameel) (Entered: 02/23/2017) |
| 02/23/2017 | | MINUTE ORDER granting 24 motion for admission pro hac vice. Alex Abdo is hereby admitted pro hac vice in this action. Signed by Judge Emmet G. Sullivan on 02/23/2017. (lcegs3) (Entered: 02/23/2017) |
| 04/07/2017 | 26 | PROPOSED BRIEFING SCHEDULE re Order *Directing Parties to File a Joint Proposed Scheduling Order* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Parker, Ryan) (Entered: 04/07/2017) |
| 04/10/2017 | | MINUTE ORDER. Upon consideration of the parties' joint proposed scheduling order, the parties are directed to file another joint proposed scheduling order by no later than June 24, 2017. Signed by Judge Emmet G. Sullivan on 04/10/2017. (lcegs3) (Entered: 04/10/2017) |
| 04/10/2017 | | Set/Reset Deadlines: Joint Proposed Scheduling Order due by 6/24/2017. (mac) (Entered: 04/10/2017) |
| 06/23/2017 | 27 | PROPOSED BRIEFING SCHEDULE by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Parker, Ryan) (Entered: 06/23/2017) |
| 06/26/2017 | | MINUTE ORDER. In view of 27 the parties' Joint Proposed Scheduling Order, the parties are ORDERED to file another joint proposed scheduling order by no later than August 25, 2017 to update the Court on the status of defendants' productions and whether further litigation will be necessary. Signed by Judge Emmet G. Sullivan on 06/26/2017. (lcegs3) (Entered: 06/26/2017) |
| 06/27/2017 | | Set/Reset Deadlines: Joint Proposed Scheduling Order due by 8/25/2017. (mac) (Entered: 06/27/2017) |
| 08/24/2017 | 28 | STIPULATION of Dismissal *of Several Agencies and Components* by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Abdo, Alexander) (Entered: 08/24/2017) |
| 08/25/2017 | 29 | PROPOSED BRIEFING SCHEDULE by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE. (Parker, Ryan) (Entered: 08/25/2017) |
| 08/28/2017 | | MINUTE ORDER. In view of 29 the parties' Joint Proposed Scheduling Order, the parties are ORDERED to file another joint proposed scheduling order by no later than October 20, 2017. Signed by Judge Emmet G. Sullivan on 8/28/2017.(lcegs3) (Entered: 08/28/2017) |
| 08/28/2017 | | Set/Reset Deadlines: Joint Proposed Scheduling Order due by 10/20/2017. (mac) (Entered: 08/28/2017) |
| 10/20/2017 | 30 | PROPOSED BRIEFING SCHEDULE by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, |

| | | DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Parker, Ryan) (Entered: 10/20/2017) |
| --- | --- | --- |
| 10/20/2017 | | MINUTE ORDER In view of 30 the parties' Joint Proposed Briefing Schedule, the parties are ORDERED to file another joint proposed briefing schedule by no later than December 15, 2017 to update the Court on the status of defendants' productions and whether further litigation will be necessary. Signed by Judge Emmet G. Sullivan on 10/20/2017. (lcegs3) (Entered: 10/20/2017) |
| 10/23/2017 | | Set/Reset Deadlines: Joint Proposed Briefing Schedule due by 12/15/2017. (mac) (Entered: 10/23/2017) |
| 12/13/2017 | 31 | Consent MOTION for Extension of Time to *File Joint Proposed Briefing Schedule* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE (Attachments: # 1 Text of Proposed Order)(Parker, Ryan) (Entered: 12/13/2017) |
| 12/14/2017 | | MINUTE ORDER granting 31 consent motion for extension of time to file joint proposed briefing schedule. Parties shall therefore file a joint proposed briefing schedule by December 22, 2017. Signed by Judge Emmet G. Sullivan on 12/14/2017. (lcegs3) (Entered: 12/14/2017) |
| 12/14/2017 | | Set/Reset Deadlines: Joint Proposed Briefing Schedule due by 12/22/2017. (mac) (Entered: 12/14/2017) |
| 12/22/2017 | 32 | PROPOSED BRIEFING SCHEDULE by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Parker, Ryan) (Entered: 12/22/2017) |
| 01/02/2018 | 33 | MINUTE ORDER in view of 32 , joint proposed briefing schedule, the parties are ordered to file another joint proposed briefing schedule by February 23, 2018 to update the Court on the status of defendants' productions and whether further litigation will be necessary. Signed by Judge Emmet G. Sullivan on 1/2/2018. (lcegs3) (Entered: 01/02/2018) |
| 01/03/2018 | | Set/Reset Deadlines: Joint Proposed Briefing Schedule due by 2/23/2018. (mac) (Entered: 01/03/2018) |
| 01/31/2018 | 34 | NOTICE of Change of Address by Alexander Abraham Abdo (Abdo, Alexander) (Entered: 01/31/2018) |
| 02/23/2018 | 35 | Joint MOTION for Extension of Time to *File Joint Proposed Briefing Schedule* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE (Attachments: # 1 Text of Proposed Order)(Parker, Ryan) (Entered: 02/23/2018) |
| 02/26/2018 | | MINUTE ORDER granting 35 joint motion for extension of time to file joint proposed briefing schedule. The parties shall therefore file their joint proposed briefing schedule by March 9, 2018. Signed by Judge Emmet G. Sullivan on 2/26/2018. (lcegs3) (Entered: 02/26/2018) |
| 02/26/2018 | | Set/Reset DeadlinesJoint Proposed Briefing Schedule due by 3/9/2018. (mac) (Entered: 02/26/2018) |

| 03/09/2018 | [36] | PROPOSED BRIEFING SCHEDULE by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Parker, Ryan) (Entered: 03/09/2018) |
|---|---|---|
| 03/13/2018 | | MINUTE ORDER in view of [36] joint proposed briefing schedule, the parties are ordered to file another joint proposed briefing schedule by May 18, 2018 to update the Court on the status of defendants' productions and whether further litigation will be necessary. Signed by Judge Emmet G. Sullivan on 3/13/2018. (lcegs3) (Entered: 03/13/2018) |
| 03/13/2018 | | Set/Reset Deadlines: Joint Proposed Briefing Schedule due by 5/18/2018 (mac) (Entered: 03/13/2018) |
| 05/18/2018 | [37] | PROPOSED BRIEFING SCHEDULE by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Parker, Ryan) (Entered: 05/18/2018) |
| 05/21/2018 | | MINUTE ORDER in view of [37] joint proposed briefing schedule, the parties are directed to file another joint proposed scheduling order by August 10, 2018 to update the Court on the status of defendants' productions and whether further litigation will be necessary. Signed by Judge Emmet G. Sullivan on 5/21/2018. (lcegs3) (Entered: 05/21/2018) |
| 05/22/2018 | | Set/Reset Deadlines: Joint Proposed Scheduling Order due by 8/10/2018. (mac) (Entered: 05/22/2018) |
| 06/01/2018 | [38] | NOTICE OF SUBSTITUTION OF COUNSEL by Tamra Tyree Moore on behalf of All Defendants Substituting for attorney Ryan Bradley Parker (Moore, Tamra) (Entered: 06/01/2018) |
| 08/10/2018 | [39] | PROPOSED BRIEFING SCHEDULE by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Moore, Tamra) (Entered: 08/10/2018) |
| 08/13/2018 | | MINUTE ORDER in view of [39] proposed briefing schedule, in which the parties state that they are working toward resolution of the case, the parties are directed to file another joint proposed scheduling order by September 21, 2018 to update the Court on whether further litigation will be necessary. Signed by Judge Emmet G. Sullivan on 8/13/2018. (lcegs3) (Entered: 08/13/2018) |
| 08/14/2018 | | Set/Reset Deadlines: Joint Proposed Scheduling Order due by 9/21/2018. (mac) (Entered: 08/14/2018) |
| 09/21/2018 | [40] | Joint Proposed Scheduling Order by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Moore, Tamra) Modified on 9/24/2018 to correct docket text (jf). (Entered: 09/21/2018) |
| 09/24/2018 | | MINUTE ORDER in view of [40] joint proposed scheduling order, the parties are directed to file another joint status report by no later than November 30, 2018 to update the Court as to whether further litigation will be necessary. Signed by Judge Emmet G. Sullivan on 9/24/2018. (lcegs3) (Entered: 09/24/2018) |

| 09/25/2018 | | Set/Reset Deadlines: Joint Status Report due by 11/30/2018. (mac) (Entered: 09/25/2018) |
|---|---|---|
| 11/30/2018 | 41 | Consent MOTION for Extension of Time to *File Joint Status Report* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE (Attachments: # 1 Text of Proposed Order)(Moore, Tamra) (Entered: 11/30/2018) |
| 12/03/2018 | | MINUTE ORDER granting 41 defendants' consent motion for extension of time to file joint status report. The parties shall therefore file a joint status report by December 10, 2018. Signed by Judge Emmet G. Sullivan on 12/3/2018. (lcegs3) (Entered: 12/03/2018) |
| 12/04/2018 | | Set/Reset Deadlines: Joint Status Report due by 12/10/2018. (mac) (Entered: 12/04/2018) |
| 12/10/2018 | 42 | Joint STATUS REPORT by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Moore, Tamra) (Entered: 12/10/2018) |
| 12/11/2018 | | MINUTE ORDER. In view of 42 joint status report, the parties are directed to file another joint status report by January 25, 2019 updating the Court as to whether further litigation will be necessary and proposing a briefing schedule, if appropriate. Signed by Judge Emmet G. Sullivan on 12/11/2018. (lcegs3) (Entered: 12/11/2018) |
| 12/12/2018 | | Set/Reset Deadlines: Joint Status Report due by 1/25/2019. (mac) (Entered: 12/12/2018) |
| 01/25/2019 | 43 | Joint MOTION for Extension of Time to File *Joint Status Report* by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Text of Proposed Order)(Kaufman, Brett) (Entered: 01/25/2019) |
| 01/25/2019 | | MINUTE ORDER granting 43 joint motion for extension of time to file joint status report. The parties are directed to file another joint status report by no later than February 11, 2019 updating the Court as to whether further litigation will be necessary and proposing a briefing schedule, if appropriate. Signed by Judge Emmet G. Sullivan on 1/25/2019. (lcegs3) (Entered: 01/25/2019) |
| 01/28/2019 | | Set/Reset Deadlines: Joint Status Report due by 2/11/2019. (mac) (Entered: 01/28/2019) |
| 01/28/2019 | 44 | NOTICE *to the Court of Restoration of Appropriations* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE re Order on Motion for Extension of Time to File, (Moore, Tamra) (Entered: 01/28/2019) |
| 02/11/2019 | 45 | Joint Proposed Scheduling Order by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF ENERGY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Moore, Tamra) Modified on 2/12/2019 to correct docket text (jf). (Entered: 02/11/2019) |
| 02/12/2019 | | MINUTE ORDER. In view of the 45 Joint Proposed Scheduling Order, the parties are directed to file a joint status report by no later than July 26, 2019, updating the Court on the status of Defendants' responses to Plaintiffs' FOIA requests and proposing a schedule for further proceedings. The Court declines to adopt Plaintiffs' proposed bifurcated summary judgment briefing schedule substantially for the reasons set forth in Defendants' proposal. |

| | | See Joint Proposed Scheduling Order, ECF No. 45 at 9-10. Signed by Judge Emmet G. Sullivan on 2/12/2019. (lcegs3) (Entered: 02/12/2019) |
|---|---|---|
| 02/12/2019 | | Set/Reset Deadlines: Joint Status Report due by 7/26/2019. (mac) (Entered: 02/12/2019) |
| 05/03/2019 | 46 | STANDING ORDER: The parties are directed to read the attached Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan in its entirety upon receipt. The parties are hereby ORDERED to comply with the directives in the attached Standing Order. Signed by Judge Emmet G. Sullivan on 05/03/19. (Attachment: Exhibit 1) (mac) (Entered: 05/03/2019) |
| 05/24/2019 | 47 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Ramya Krishnan, :Firm- Knight First Amendment Institute at Columbia University, :Address- ramya.krishnan@knightcolumbia.org. Phone No. - 6467458500. Filing fee $ 100, receipt number 0090-6144907. Fee Status: Fee Paid. by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Jaffer, Jameel) (Entered: 05/24/2019) |
| 05/28/2019 | | MINUTE ORDER granting 47 Motion for Leave to Appear Pro Hac Vice. The Court hereby grants Ramya Krishnan pro hac vice admission to this Court pursuant to Local Civil Rule 83.2. Signed by Judge Emmet G. Sullivan on 5/28/2019. (lcegs3) (Entered: 05/28/2019) |
| 07/24/2019 | 48 | NOTICE OF SUBSTITUTION OF COUNSEL by Antonia Marie Konkoly on behalf of CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE Substituting for attorney Tamra Moore (Konkoly, Antonia) (Entered: 07/24/2019) |
| 07/26/2019 | 49 | Joint STATUS REPORT *and Proposed Schedule for Further Proceedings* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Attachments: # 1 Text of Proposed Order)(Konkoly, Antonia) (Entered: 07/26/2019) |
| 07/29/2019 | | MINUTE ORDER. In view of the 49 Joint Status Report, Plaintiffs shall communicate all issues and withholdings they plan to challenge to Defendants by no later than July 31, 2019. The parties are directed to meet and confer, and file a further joint status report by no later than August 7, 2019, proposing a schedule for dispositive motions. Signed by Judge Emmet G. Sullivan on 7/29/2019. (lcegs3) (Entered: 07/29/2019) |
| 07/29/2019 | | Set/Reset Deadlines: Further Joint Status Report due by 8/7/2019. (mac) (Entered: 07/29/2019) |
| 08/07/2019 | 50 | Joint STATUS REPORT *With Proposed Briefing Schedule* by CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF DEFENSE, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF JUSTICE, DEPARTMENT OF STATE, DEPARTMENT OF THE TREASURY, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE. (Attachments: # 1 Text of Proposed Order)(Konkoly, Antonia) (Entered: 08/07/2019) |
| 08/08/2019 | | MINUTE ORDER. Upon consideration of the parties' 50 Joint Status Report with Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule: (1) Defendant Central Intelligence Agency ("CIA") shall file its motion for summary judgment by no later than September 12, 2019; (2) Plaintiffs shall file their cross-motion for summary judgment by no later than October 10, 2019; (3) the CIA shall file a single |

| | | |
|---|---|---|
| | | memorandum containing its reply arguments in support of its motion and in opposition to Plaintiffs' motion by no later than October 31, 2019; and (4) Plaintiffs shall file a reply memorandum in support of their motion by no later than November 14, 2019. Signed by Judge Emmet G. Sullivan on 8/8/2019. (lcegs3) (Entered: 08/08/2019) |
| 08/15/2019 | 51 | STIPULATION of Dismissal *of Several Agencies and Components* by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Jaffer, Jameel) (Entered: 08/15/2019) |
| 08/19/2019 | | MINUTE ORDER. In view of the 51 Joint Stipulation of Dismissal of Several Agencies and Components, Defendants Central Intelligence Agency and the Air Force are the remaining defendants in this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismissed with prejudice their claims against the following nine Defendants: (1) Defense Intelligence Agency; (2) Department of Homeland Security; (3) Department of State; (4) Department of Treasury; (5) Federal Bureau of Investigation; (6) National Reconnaissance Office; (7) National Security Agency; (8) Navy; and (9) Office of the Director of National Intelligence. Signed by Judge Emmet G. Sullivan on 8/19/2019. (lcegs3) (Entered: 08/19/2019) |
| 09/12/2019 | 52 | MOTION for Summary Judgment by CENTRAL INTELLIGENCE AGENCY (Attachments: # 1 Memorandum in Support, # 2 Declaration of Antoinette B. Shiner, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Statement of Facts, # 7 Text of Proposed Order)(Konkoly, Antonia) (Entered: 09/12/2019) |
| 09/13/2019 | | MINUTE ORDER denying without prejudice 52 Defendant's Motion for Summary Judgment for failure to comply with paragraph 13 of the Court's Standing Order, ECF No. 46 at 8-10. Plaintiffs' deadline to respond to Defendant's motion is hereby VACATED. The parties are directed to submit a joint proposed briefing schedule by no later than September 27, 2019. Signed by Judge Emmet G. Sullivan on 9/13/2019. (lcegs3) (Entered: 09/13/2019) |
| 09/16/2019 | 53 | PROPOSED BRIEFING SCHEDULE *(Joint)* by CENTRAL INTELLIGENCE AGENCY. (Attachments: # 1 Text of Proposed Order)(Konkoly, Antonia) (Entered: 09/16/2019) |
| 09/18/2019 | | MINUTE ORDER. Upon consideration of the 53 Joint Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule: (1) Defendant Central Intelligence Agency ("CIA") shall re-file its motion for summary judgment by no later than September 20, 2019; (2) Plaintiffs shall file their cross-motion for summary judgment by no later than October 10, 2019; (3) the CIA shall file a single memorandum containing its reply arguments in support of its motion and in opposition to Plaintiffs' motion by no later than October 31, 2019; and (4) Plaintiffs shall file a reply memorandum in support of their motion by no later than November 14, 2019. Signed by Judge Emmet G. Sullivan on 9/18/2019. (lcegs3) (Entered: 09/18/2019) |
| 09/18/2019 | 54 | MOTION for Summary Judgment *(Corrected)* by CENTRAL INTELLIGENCE AGENCY (Attachments: # 1 Memorandum in Support, # 2 Declaration of Antoinette B. Shiner, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Statement of Facts, # 7 Text of Proposed Order)(Konkoly, Antonia) (Entered: 09/18/2019) |
| 09/19/2019 | | Set/Reset Deadlines: CIA to Re-File Its Motion For Summary Judgment due by 9/20/2019. Plaintiff Cross-Motion For Summary Judgment due by 10/10/2019. CIA Single Memorandum Containing Its Reply Arguments In Support Of Its Motion And In Opposition due by 10/31/2019. Plaintiffs Reply Memorandum In Support Of Their Motion due by 11/14/2019. (mac) (Entered: 09/19/2019) |
| 10/10/2019 | 55 | Cross MOTION for Partial Summary Judgment *by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1* |

| | | |
|---|---|---|
| | | *Memorandum in Support, # 2 Declaration of Ramya Krishnan, # 3 Exhibit A to I, # 4 Statement of Facts, # 5 Text of Proposed Order)(Krishnan, Ramya) Modified on 10/11/2019 to correct docket text (jf). (Entered: 10/10/2019)* |
| 10/11/2019 | | NOTICE OF ERROR re 55 Motion for Partial Summary Judgment; emailed to ramya.krishnan@knightcolumbia.org, cc'd 14 associated attorneys -- The PDF file you docketed contained errors: 1. Two-part docket entry, 2. Please refile document, 3. using the OPPOSITION event (zjf, ) (Entered: 10/11/2019) |
| 10/11/2019 | 56 | Memorandum in opposition to re 54 MOTION for Summary Judgment *(Corrected)* filed by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Ramya Krishnan, # 3 Exhibit A to I, # 4 Statement of Facts, # 5 Text of Proposed Order)(Krishnan, Ramya) (Entered: 10/11/2019) |
| 10/28/2019 | 57 | Consent MOTION for Extension of Time to File Response/Reply *(Remaining Summary Judgment Briefing Schedule)* by CENTRAL INTELLIGENCE AGENCY (Attachments: # 1 Text of Proposed Order)(Konkoly, Antonia) (Entered: 10/28/2019) |
| 10/30/2019 | | MINUTE ORDER granting 57 Consent Motion for Extension of Time to File Response/Reply. The parties shall adhere to the following modified briefing schedule: (1) the CIA shall file a single memorandum containing its reply arguments in support of its motion for summary judgment and in opposition to Plaintiffs' cross-motion for summary judgment by no later than November 6, 2019; and (2) Plaintiffs shall file a reply memorandum in support of their motion by no later than November 22, 2019. Signed by Judge Emmet G. Sullivan on 10/30/2019. (lcegs3) (Entered: 10/30/2019) |
| 10/30/2019 | | Set/Reset Deadlines: CIA Single Memorandum In Support Of Its Motion For Summary Judgment And In Opposition to Plaintiffs' Cross-Motion For Summary Judgment due by 11/6/2019. Plaintiffs Reply Memorandum In Support Of Their Motion due by 11/22/2019. (mac) (Entered: 10/30/2019) |
| 11/06/2019 | 58 | RESPONSE re 55 Cross MOTION for Partial Summary Judgment *AND OPPOSITION TO DEFENDANT CIAS MOTION FOR SUMMARY JUDGMENT* filed by CENTRAL INTELLIGENCE AGENCY. (Attachments: # 1 CIA Reply to Counter-Statement of Material Facts)(Konkoly, Antonia) (Entered: 11/06/2019) |
| 11/06/2019 | 59 | REPLY to opposition to motion re 54 MOTION for Summary Judgment *(Corrected)* filed by CENTRAL INTELLIGENCE AGENCY. (Attachments: # 1 CIA Reply to Counter-Statement of Material Facts)(Konkoly, Antonia) (Entered: 11/06/2019) |
| 11/22/2019 | 60 | Memorandum in opposition to re 54 MOTION for Summary Judgment *(Corrected)* filed by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Krishnan, Ramya) (Entered: 11/22/2019) |
| 11/22/2019 | 61 | REPLY to opposition to motion re 55 Cross MOTION for Partial Summary Judgment *AND OPPOSITION TO DEFENDANT CIAS MOTION FOR SUMMARY JUDGMENT* filed by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Krishnan, Ramya) (Entered: 11/22/2019) |
| 01/24/2020 | 62 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Meenakshi Krishnan, Filing fee $ 100, receipt number ADCDC-6764287. Fee Status: Fee Paid. by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Jaffer, Jameel) (Entered: 01/24/2020) |
| 01/24/2020 | | MINUTE ORDER granting 62 Motion for Leave to Appear Pro Hac Vice. Meenakshi Krishnan is hereby admitted pro hac vice to appear in this matter. **Counsel should register** |

|  |  | **for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Emmet G. Sullivan on 1/24/2020. (lcegs3) (Entered: 01/24/2020) |
|---|---|---|
| 01/29/2020 | 63 | NOTICE of Appearance by Meenakshi Krishnan on behalf of All Plaintiffs (Krishnan, Meenakshi) (Entered: 01/29/2020) |
| 09/03/2020 | 64 | NOTICE OF WITHDRAWAL OF APPEARANCE as to AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. Attorney Meenakshi Krishnan terminated. (Krishnan, Meenakshi) (Entered: 09/03/2020) |
| 11/24/2021 | 65 | ORDER granting in part and denying in part 54 Motion for Summary Judgment; granting in part and denying in part 55 Motion for Partial Summary Judgment. Signed by Judge Emmet G. Sullivan on 11/24/2021. (lcegs1) (Entered: 11/24/2021) |
| 11/24/2021 | 66 | MEMORANDUM OPINION. Signed by Judge Emmet G. Sullivan on 11/24/2021. (lcegs1) (Entered: 11/24/2021) |
| 11/24/2021 |  | MINUTE ORDER. In view of 65 Order and 66 Memorandum Opinion, the parties are directed to file, by no later than December 8, 2021, a Joint Status Report regarding the status of their remaining dispute. Signed by Judge Emmet G. Sullivan on 11/24/2021. (lcegs1) (Entered: 11/24/2021) |
| 11/29/2021 |  | Set/Reset Deadlines: Joint Status Report due by 12/8/2021 (mac) (Entered: 11/29/2021) |
| 12/08/2021 | 67 | STIPULATION of Dismissal by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Jaffer, Jameel) (Entered: 12/08/2021) |
| 12/08/2021 | 68 | Joint STATUS REPORT *and Request for Entry of Judgment* by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Jaffer, Jameel) (Entered: 12/08/2021) |
| 12/08/2021 | 69 | MOTION for Extension of Time to *Request Attorneys' Fees* by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Jaffer, Jameel) (Entered: 12/08/2021) |
| 12/08/2021 | 70 | MOTION for Entry of Judgment by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (See Docket Entry 68 to view document) (zjf) (Entered: 12/09/2021) |
| 12/09/2021 |  | NOTICE OF ERROR re 68 Status Report; emailed to jameel.jaffer@knightcolumbia.org, cc'd 19 associated attorneys -- The PDF file you docketed contained errors: 1. Two-part docket entry, 2. DO NOT REFILE - Counsel is reminded to docket all parts of their filing (zjf, ) (Entered: 12/09/2021) |
| 12/09/2021 |  | MINUTE ORDER granting 69 motion to extend deadline. Plaintiffs shall file their motion for attorney's fees by no later than February 21, 2022. Signed by Judge Emmet G. Sullivan on 12/9/2021. (lcegs1) (Entered: 12/09/2021) |
| 12/09/2021 | 71 | JUDGMENT in favor of the Central Intelligence Agency and against the American Civil Liberties Union and the American Civil Liberties Union Foundation. Signed by Judge Emmet G. Sullivan on 12/9/2021. (lcegs1) (Entered: 12/09/2021) |
| 12/10/2021 |  | Set/Reset Deadlines: Plaintiffs Motion For Attorney Fees due by 2/21/2022. (mac) (Entered: 12/10/2021) |
| 12/10/2021 | 72 | CLERK'S JUDGMENT in favor of Central Intelligence Agency against American Civil Liberties Union and the American Civil Liberties Union Foundation on 12/10/21. (mac) (Entered: 12/10/2021) |

| 02/11/2022 | 73 | MOTION for Extension of Time to *File Notice of Appeal* by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Attachments: # 1 Text of Proposed Order)(Krishnan, Ramya) (Entered: 02/11/2022) |
| 02/14/2022 | 74 | Memorandum in opposition to re 73 MOTION for Extension of Time to *File Notice of Appeal* filed by CENTRAL INTELLIGENCE AGENCY. (Konkoly, Antonia) (Entered: 02/14/2022) |
| 02/16/2022 | 75 | REPLY to opposition to motion re 73 MOTION for Extension of Time to *File Notice of Appeal* filed by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION. (Krishnan, Ramya) (Entered: 02/16/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/22/2022 10:23:53 | | |
| **PACER Login:** | helenzhong | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-01256-EGS |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |