IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY *et al.*,<br><br>Defendants. | Case No. 1:16-cv-01256 (EGS) |

### [PROPOSED] ORDER

The Court, having reviewed Defendants' Consent Motion to Extend the Deadline to Repond to Plaintifffs' Motion for Attorney's Fee's and Costs, hereby GRANTS the motion for good cause shown. It is hereby

ORDERED that Defendants shall file their Opposition to Plaintiffs' Motion on or before May 9, 2022.

**IT IS SO ORDERED.**

                                                                                                                         Hon. Emmet G. Sullivan
                                                                                                                          United States District Judge

Date: _____