IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY *et al.*,<br><br>        Defendants. | No. 1:16-cv-01256 (EGS) (ZMF) |

## NOTICE OF SETTLEMENT OF PLAINTIFFS' MOTION FOR FEES

Plaintiffs American Civil Liberties Union and American Civil Liberties Union Foundation ("Plaintiffs") notify the Court that the parties have settled Plaintiffs' Motion for Attorneys' Fees and Costs. *See* ECF No. 76. Plaintiffs therefore respectfully request that the Court deny their motion for fees as moot.

Dated: May 9, 2022

Respectfully submitted,

 */s/ Ramya Krishnan*
Ramya Krishnan (admitted *pro hac vice*)
Alex Abdo (admitted *pro hac vice*)
Knight First Amendment Institute at
 Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
Tel: 646.745.8500
ramya.krishnan@knightcolumbia.org

Brett Max Kaufman (D.D.C. Bar No.
 NY0224)
American Civil Liberties Union
125 Broad Street—18th Floor
New York, NY 10004

Tel: 212.549.2500  
Fax: 212.549.2654  
bkaufman@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)  
American Civil Liberties Union  
 of the District of Columbia  
915 15th Street, NW—2d Floor  
Washington, D.C. 20005  
Tel: 202.601.4266  
artspitzer@acludc.org