UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION and AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>        Defendants. | No. 1:16-cv-01256 (EGS) (ZMF) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Notice of Settlement, it is hereby **ORDERED** that Plaintiffs' Motion for Attorney's Fees and Costs, ECF No. 76, is **DENIED AS MOOT**.


Dated: _____

                                                                         Hon. Emmet G. Sullivan
United States District Judge